AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☒ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



FILED
OCT 07 2019
Clerk U.S. District Court
Greensboro, NC
BY___

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19MJ 305
THE PREMISES LOCATED AT 1601 ROWEMONT, )
DURHAM, NORTH CAROLINA, 27705 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Middle____ District of ____North Carolina____
*(identify the person or describe the property to be searched and give its location)*:
THE PREMISES LOCATED AT 1601 ROWEMONT, DURHAM, NORTH CAROLINA, 27705

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Fruits, evidence, and contraband of violations of 21 USC 846 AND 18 USC 922(g)(1), as further described in Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____September 28, 2019____  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____L. Patrick Auld____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  09/14/19; 11:40 pm    _____
                                              *Judge's signature*

City and state: Greensboro, NC               L. Patrick Auld, United States Magistrate Judge
                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 19MJ 305 | Date and time warrant executed: 9/15/2019 @ 8:57pm | Copy of warrant and inventory left with: Kevin Bullock Jr |
|---|---|---|

Inventory made in the presence of: Kevin Bullock Jr.

Inventory of the property taken and name(s) of any person(s) seized:

— see attached —

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/16/2019

*Executing officer's signature*

Eric Nye Special Agent FBI
*Printed name and title*

## ATTACHMENT A

### PREMISES TO BE SEARCHED:

The subject premises, 1601 Rowemont Drive, Durham, North Carolina, is a single-family split-level home. The residence is a two story (split-level) building with the tan siding and red shutters. The numbers "1601" are vertically displayed on the white support column adjacent to the front door. The building sits on the south side of Rowemont Drive.



17

## ATTACHMENT B

## ITEMS TO BE SEIZED:

Documents and items which provide evidence of violations of 21 U.S.C. § 846 and 18 U.S.C. § 922(g)(1), in the form of the following:

a. Ledgers or notes associated with the sale of narcotics and collection of associated proceeds;

b. U.S. currency;

c. Jewelry and other valuable items;

d. Firearms, ammunition, and magazines;

e. Cellular telephones;

f. Documents indicating residency;

g. Safes or secured storage containers;

h. Pictures or other documents showing association with known conspirators; and

i. Laptop computers, smartphones, and digital storage devices.

FD-597 (Rev. 4-13-2015)
Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 245D-CE-2183796-BULL

On (date) 09/15/2019

item (s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) KEVIN BULLOCK

(Street Address) 1601 ROWEMONT DRIVE

(City) DURHAM, NC

Description of Item (s):

1. Mail addressed to Kevin Bullock
2. Pistol grip
3. Samsung Tablet S/N R52HB1SM55J
4. iPad S/N DMONMA46FP84
5. ZTE cell phone with cracked screen
6. Verizon cell phone
7. Alcatel cell phone

Received By: _____ (Signature)

Printed Name/Title: _____

Received From: _____ (Signature)

Printed Name/Title: _____